DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT TERRY BOND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2449

[October 9, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert B. Meadows, Judge; L.T. Case No. 312022CF000807A.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the judgment and sentence in all respects but one. We reverse the award of $50 for investigative costs because there was no showing that the costs were "requested on the record" by the Vero Beach Police Department. *Lippwe v. State,* 152 So. 3d 782, 783 (Fla. 1st DCA 2014). Appellant did not "affirmatively agree[]" to pay the requested amount. *Icon v. State,* 322 So. 3d 117, 119 (Fla. 4th DCA 2021).

We reverse and remand for the trial court to strike the $50 investigative cost with instructions that the court may reimpose that cost if sufficient evidence to support the cost is provided. *Ray v. State,* 383 So. 3d 513, 516 (Fla. 4th DCA 2024).

*Affirmed in part, reversed in part, and remanded.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*